UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO. : 1:03 CR 10229-005-PB

Miosotis Troncoso
  Petitioner
    v.
United States Of America
  Respondant

05 - 11403 PBS

Judge Saris

MAGISTRATE JUDGE Alexander

### MOTION FOR IMMEDIATE RESENTENCING

Now comes Miosotis Troncoso, Pro Se and moves the Court for advancement of this action on the docket and in support thereof states:

1. That if said advancement does not occur the movant will suffer immediate and irreparable injury;

2. That the Honorable Judge Patty Saris in an order dated May 2, 2005, ordered the Goverment to indicate if the Petitioner were otherwise eligible for "The Boot Camp" by no later than two weeks after she issued the order.

3. That the instant action was filed on the second day of May 2005.

4. That the response was _not_ received from the Goverment to date June 14, 2005.

5. The Petitioner Miosotis Troncoso, request that the Court resentence her immediately, as the Goverment has not responded to her order.

6. That this Honorable Court treat her motion as a motion pursuant to 18 USC 2255,.

Wherefore, the movant request this Honorable Court advance this cause of action on the docket, resentence her immediately, and treat her pending motion as a motion to 18 USC 2255.

Respectfully submitted.

Miosotis Troncoso
This the 21st day of June 2005.

CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing Motion, Motion for Modification Of The Conditions Of Inmate's Sentence. Upon the following addressees, by placing same in a sealed envelope, bearing sufficient postage for Certified Receipt Return Mail via united States Mail service to:

Clerk Of the United States
District Court Of Massachusetts
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

And:

Assistant Federal Attorney,

And gave the aforementioned document to the Officer stationed at receiving and delivery of the Federal Medical Center/Satellite Camp, P. O. Box 14525, Lexington, Kentucky 40512, on this the __21st__ day of __June__, 2005.

_Miosotis Troncoso_
Miosotis Troncoso

Litigation is deemed FILED at the time it was delivered to prison authorities. See Houston v. Lack, 101 L. Ed. 2d, 345 (1988).