UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
MIOSOTIS TRONCOSO,            )
        Petitioner            )   CIVIL ACTION NO.
                              )   05-11403-PBS
                              )
        v.                    )
                              )
UNITED STATES OF AMERICA,     )
        Respondent            )
                              )
```

**Notice Of Appearance Of Attorney
For The Government**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this notice of appearance of Assistant U.S. Attorney Michael J. Pelgro as attorney for the government in the above-captioned action.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

               By:   /s/ Michael J. Pelgro
                        Michael J. Pelgro
                        Assistant U.S. Attorney

DATED:   August 4, 2005

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Miosotis Troncoso
        Inmate No. 24834-038
        FMC/Satellite Camp
        P.O. Box 14525
        Lexington, KY 40512

This 4th day of August 2005.

                                     s/Michael J. Pelgro
                                     MICHAEL J. PELGRO
                                     ASSISTANT UNITED STATES ATTORNEY